PD-1578-15

Motion for extention for PDR

No 1406854, 01-14-00373-CR

Adrian B. Simon
V.

the State of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS
In the Court of
Criminal Appeals
DEC 02 2015
of Texas
Abel Acosta, Clerk

Pro se- Motion For Extention of time
To file Petition for Discretionary Review

To the Honorable Court of Criminal Appeals:

Comes now, the petitioner in the above styled and numbered cause and respectfully moves this honorable court to extend the time for filing the appellant's petition for discretionary review in this cause and in support there of would show to the court following:

FILED IN
COURT OF CRIMINAL APPEALS
DEC 04 2015
Abel Acosta, Clerk

1) the style and number of this case in the Court of Appeals is: Adrian B. Simon    v. The state of Texas   Appeals no 01-14-00373   CR.

2) The style and number of the case in the trial court is: the state of Texas V. Adrian B. Simon    cause no# 1406854
   from the District Court of Harris County

3) the appellant was convicted of the felony offense of Aggravated Assault of a family member

4) Judgment was enter on April 30, 2014   and punishment was assessed at Life w Parole   years confinement and a fine amount of Q

5) the conviction was affirmed in the court of appeals on November 17, 2015

6) the deadline for filing the appellant petition for discretionary review in this cause is: December 17, 2015

7) An extention of time for a period of 90 days is requested that would make the due date March 17, 2016

8) No prior request for an extension of time has been made.

9. The facts relied upon to show good cause for the requested extension are as follows: The appellant/petitioner was represented by court appointed counsel to file a petition for discretionary review. Therefore additional time is needed for the appellant/petitioner to either prepare and file the petition pro-se or seek legal assistance in filing the petition.

Wherefore, Premises considered, the appellant/petitioner respectfully request that this honorable court extend time for filing the petition for discretionary Review in this cause to Court Criminal appeals of Texas Box 12308, Capital Station Austin Tx.

Respectfully Submitted

Adrian Simon